NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CHRISTOPHER JOHN RUDY

---

2013-1673

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 07/425,360.

---

## JUDGMENT

---

CHRISTOPHER JOHN RUDY, of Port Huron, Michigan, argued pro se.

COKE MORGAN STEWART, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were NATHAN K. KELLEY, Solicitor, THOMAS W. KRAUSE, Special Counsel for IP Litigation, and AMY J. NELSON, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LINN, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 March 13, 2014      /s/  Daniel  E.  O'Toole
      Date        Daniel E. O'Toole
                Clerk of Court